UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID M. JAA | ) | 3:11-cv-00102-LRH-VPC |
| | ) | |
| Plaintiff, | ) | <u>MINUTE ORDER</u> |
| | ) | |
| vs. | ) | January 26, 2012 |
| | ) | |
| CHRISTINA TRIPP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE <u>LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>NONE APPEARING</u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>     NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S):   <u>     NONE APPEARING                    </u>

MINUTE ORDER IN CHAMBERS:


    Plaintiff has not responded to this Court's January 4, 2012, Notice (#16) advising that this action would be dismissed with prejudice for failure to file, on or before January 20, 2012, a proposed pretrial order or to otherwise show good cause why this action should not be dismissed with prejudice.

    IT THEREFORE IS ORDERED that Plaintiff's complaint is hereby **DISMISSED with prejudice** for failure to comply with the Court's Notice (#16).  The Clerk of Court shall enter final judgment accordingly.

    IT IS SO ORDERED.

                                LANCE S. WILSON, CLERK

                                By:   <u>       /s/                          </u>
                                        Deputy Clerk