UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID M. JAA | ) | 3:11-cv-00102-LRH-VPC |
| | ) | |
| Plaintiff, | ) | MINUTE ORDER |
| | ) | |
| vs. | ) | January 26, 2012 |
| | ) | |
| CHRISTINA TRIPP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has not responded to this Court's January 4, 2012, Notice (#16) advising that this action would be dismissed with prejudice for failure to file, on or before January 20, 2012, a proposed pretrial order or to otherwise show good cause why this action should not be dismissed with prejudice.

IT THEREFORE IS ORDERED that Plaintiff's complaint is hereby **DISMISSED with prejudice** for failure to comply with the Court's Notice (#16).  The Clerk of Court shall enter final judgment accordingly.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk