AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

DAVID M. JAA,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:  **3:11-CV-00102-LRH-VPC**

CHRISTINA TRIPP, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is hereby **DISMISSED with prejudice** for failure to comply with the Court's Notice (#16).

   January 26, 2012          **LANCE S. WILSON**
                                        Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk